UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEL FALLER, <br><br> Plaintiff, <br><br> -against- <br><br> BREEZY POINT ENERGY CORP. and ARI GOLDSTEIN, jointly and severally, <br><br> Defendants. | 25-CV-1604 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    As discussed at the conference on June 18, 2025, parties are directed to file a status update within one week of a decision by the Montana district court on the issue of transfer. Until the Court receives this update, discovery is STAYED.

Dated: June 18, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge