

**Jonathan Marc Davidoff, Esq.**
Admitted in New York and Florida

**Danielle Shayne Shapero, Esq.**
Admitted in New York

**Aaron R. Resnick, Esq.**
Admitted in Florida, of Counsel

**Derek A. Schwartz, Esq,**
Admitted in Florida, of Counsel

July 9, 2025



<u>via ECF</u>
The Honorable Jessica G.L. Clarke
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      Re:    *Faller v. Breezy Point Energy Corp. et al.*, 7:25-cv-01604-JGLC

Dear Judge Clarke:

      This Firm represents the Defendants, Breezy Energy Corp. and Ari Goldstein in the above referenced matter. This letter is to inform the Court that the Defendants are not in the process of obtaining new counsel and *request that the Mediation ordered with Rachel Gupta, Esq. be stayed pending a disposition of this* Firm's motion to withdraw as counsel for all Defendants in this action. Since the initial conference, the relationship between the Firm and Defendants has significantly deteriorated, with Mr. Goldstein, the principal for Breezy Point Energy Corp., advising the Firm not to communicate with him any further.

      On or about June 22, 2025, this Firm moved to withdraw as counsel for the Defendants due to the Defendants inability to pay their legal fees. Since such time, the relationship between this Firm and the Defendants has significantly deteriorated, for reasons unrelated to the payment of legal fees, resulting in a conflict that is preventing this Firm from representing the Defendants – even for the Court ordered mediation (for which a date has yet to be scheduled). It was the Firm's hope that it could continue representing the Defendants through the mediation process, but that is now impossible.

      Moreover, on July 8, 2025, Defendants counsel received a Notice of Assignment of Mediator and Scheduling Deadline from the Court's Mediation Office. Upon receiving such, counsel forwarded the information to the Defendants who advised the Firm that they have yet to obtain new counsel.

      As such, it is respectfully requested that the Court grant the Firm's Motion to Withdraw as Counsel for the Defendants due to the conflict preventing this Firm from continuing its representation of the Defendants, even for the Court ordered mediation. Additionally, it is requested that the Court stay the mediation process and provide the Defendants with sufficient

---

228 East 45th Street
Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852



www.DavidoffLawFirm.com

100 North Biscayne Blvd
Suite 1607
Miami, FL 33132
Tel: (305) 672-7495
Fax: (305) 718-0647

time to obtain new counsel, after which new counsel can address the mediation process with Plaintiff's counsel and the Court.

The Firm thanks the Court for its time and attention to this matter.

Respectfully,

*Jonathan M. Davidoff*

Jonathan Marc. Davidoff, Esq.

cc: Clients via Email only

Application GRANTED. Mediation is STAYED. Likewise, the unopposed motion to withdraw at ECF No. 23 is GRANTED pursuant Local Civil Rule 1.4, subject to the requirement that Davidoff Law Firm, PLLC serve a copy of this Order on Defendants and file proof of such service by **July 14, 2025.**

Defendant Breezy Point Energy Corp., as a corporation, may not appear *pro se* and must be represented by counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*."). If new counsel fails to appear on behalf of corporate Defendant, default judgment may be entered against it. *See, e.g., Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

Accordingly, Defendants shall have 60 days from the deadline for proof of service to obtain new counsel. By **September 14, 2025**, Defendants' new counsel shall file a notice of appearance and a joint status update.

The Clerk of Court is respectfully directed to terminate ECF Nos. 23 and 24.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 10, 2025
        New York, New York

Page 2 of 3
**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, NY 10017 ● Telephone (212) 587-5971 ● Fax (212) 658-9852