UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL FALLER,

                Plaintiff,

-against-

BREEZY POINT ENERGY CORP. and ARI GOLDSTEIN, jointly and severally,

                Defendants.

25-CV-1604 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    A corporate entity may appear in federal court only through counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed pro se."). Defendant Breezy Point Energy Corp. ("Breezy Point"), a corporation, was directed to obtain new counsel by September 14, 2025. ECF No. 26. It has not done so. Breezy Point was also warned that if new counsel fails to appear on its behalf, default judgment may be entered against it. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

    Accordingly, Plaintiff shall file a motion for default judgment with respect to Defendant Breezy Point in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 6, 2025**. Plaintiff shall serve a copy of this Order on Breezy Point and file proof of such service by **September 19, 2025**. Failure to timely file a motion for default judgment may result in dismissal of this action as to Defendant Breezy Point for failure to prosecute.

Dated: September 16, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge