UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL FALLER,

                  Plaintiff,

-against-

BREEZY POINT ENERGY CORP. and ARI GOLDSTEIN, jointly and severally,

                  Defendants.

25-CV-1604 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court received the attached correspondence via electronic mail on September 25, 2025. The application is GRANTED. New counsel for Defendants Breezy Point Energy Corporation and Ari Goldstein shall file a notice of appearance and a joint status update by November 10, 2025. The Plaintiff's deadline to file a default judgment motion, *see* ECF No. 27, is ADJOURNED *sine die*. If by November 10, 2025, Defendant Breezy Point Energy Corp. has failed to retain new counsel, the Court will set a new deadline for Plaintiff to file a motion for default judgment.

Dated: September 26, 2025
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*

                                                JESSICA G. L. CLARKE
                                                United States District Judge

| | |
|---|---|
| **From:** | Douglas Lipsky |
| **To:** | Ari Goldstein; Clarke NYSD Chambers |
| **Subject:** | Re: Faller v. Breezy Point Energy Corp. and Ari Goldstein, Case No. 7:25-cv-01604-JGLC |
| **Date:** | Thursday, September 25, 2025 8:43:52 PM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Judge Clarke:

Plaintiff does not oppose this request.

Respectfully,
Douglas Lipsky



Douglas Lipsky
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
doug@lipskylowe.com | www.lipskylowe.com
Direct: 212.444.1024 | Main: 212.392.4772

---

**From:** Ari Goldstein <ari@breezypointenergy.com>
**Date:** Thursday, September 25, 2025 at 5:08 PM
**To:** ClarkeNYSDChambers@nysd.uscourts.gov <clarkenysdchambers@nysd.uscourts.gov>
**Cc:** Douglas Lipsky <doug@lipskylowe.com>
**Subject:** Re: Faller v. Breezy Point Energy Corp. and Ari Goldstein, Case No. 7:25-cv-01604-JGLC

Dear Judge Clarke,

I respectfully write again to follow up on my prior request for an extension of time to secure legal counsel for myself and Breezy Point Energy Corp.

As I previously explained, I am facing severe financial hardship and, unfortunately, was hospitalized less than two weeks ago with chest pains that required the placement of my third stent. These health issues have further delayed my ability to retain new counsel despite my best efforts. I am exhausting every possibility to find representation and have reached out to both New York and New Jersey pro bono resources, as well as law school

clinics, to request immediate assistance.

Without legal representation, Breezy Point Energy Corp. will be unable to appear in this matter, and I personally will be at a significant disadvantage. I am committed to defending this case properly, but respectfully request additional time to do so.

Therefore, I humbly and urgently request a **45-day extension** to allow me to complete the process of retaining counsel. I assure the Court that I am not seeking to delay these proceedings unnecessarily, but rather to ensure I can comply with the Court's requirements and present a fair defense.

I thank the Court for its patience and consideration during this very difficult time.

Respectfully submitted,


Ari Goldstein

Defendant, Individually and as CEO of Breezy Point Energy Corp.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.