UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOEL FALLER,

                              Plaintiff,

-against-

BREEZY POINT ENERGY CORP. and ARI GOLDSTEIN, jointly and severally,

                              Defendants.

25-CV-1604 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      The Court received the attached correspondence via electronic email on November 4, 2025, describing Defendant Ari Goldstein's challenges retaining counsel for himself and for co-Defendant Breezy Point Energy Corporation.

      Mr. Goldstein is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a *pro se* party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).

      Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.

Appointments are also available remotely Monday through Friday, 10am to 4pm. The Court has attached a flyer from the City Bar Justice Center to this Order.

      New counsel for Defendants Breezy Point Energy Corporation and Ari Goldstein shall file a notice of appearance and a joint status update by December 8, 2025. If by December 8, 2025, Defendant Breezy Point Energy Corp. has failed to retain new counsel, the Court will set a new deadline for Plaintiff to file a motion for default judgment.

Dated: November 6, 2025
       New York, New York

                              SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

| | |
|---|---|
| **From:** | Ari Goldstein |
| **To:** | Clarke NYSD Chambers |
| **Cc:** | Douglas Lipsky |
| **Subject:** | Re: Noel Faller v. Ari Goldstein & Breezy Point Energy Case No. 25 CV 01604 JGLC |
| **Date:** | Tuesday, November 4, 2025 1:36:24 PM |

**CAUTION - EXTERNAL:**

Dear Judge Clarke:

I write with humility and respect to inform the Court of my continuing hardships, and to respectfully request guidance regarding my ability to meaningfully participate at this juncture given my financial and health circumstances.

Since this matter commenced, I have been experiencing significant health issues and financial distress. My ability to secure legal counsel has been compromised by these challenges. Although I contacted the Pro Se Department by phone and email seeking assistance, I have not yet received any substantive response. As a result, I find myself at a real disadvantage in understanding and navigating the procedural and substantive obligations this case demands.

Breezy Point Energy, which is required to be represented by counsel, is currently operating with a negative balance in its account and lacks the practical resources to retain counsel in this matter.

I fully believe in our justice system and am committed to following all rules and deadlines. However, without legal representation and given my current health and financial condition, I am uncertain how to proceed in a manner that ensures fairness for both parties. I do not wish to delay the proceedings or burden the Court unduly, but I am asking for the Court's guidance on whether relief may be available (for example, additional time, referrals for pro bono counsel or legal aid, or any available assistance) so that I can fully participate and ensure the case is adjudicated on its merits.

I appreciate the Court's time and consideration of my situation. I assure Your Honor that I intend to cooperate fully with the process. I ask simply for a fair opportunity to respond under conditions I can reasonably manage, given my current circumstances.

Thank you very much for your attention to this matter.

Respectfully submitted,

Ari Goldstein
Breezy Point Energy Corp.
        Ari Goldstein

CEO

917-685-7846

ari@breezypointenergy.com

www.breezypointenergy.com

---

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by replying to this email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.