UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL FALLER,

                Plaintiff,

-against-

BREEZY POINT ENERGY CORP. and ARI GOLDSTEIN, jointly and severally,

                Defendants.

25-CV-1604 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court received the attached correspondence via electronic mail on November 7, 2025, from co-defendant Ari Goldstein. Mr. Goldstein explained that he has not been receiving "any direct communication from the Court or opposing counsel" and informed the Court that his contact information has changed. His new contact information is as follows:

    Email: ari@breezypointenergy.com

    Mailing Address: 56 Grandview Place, North Caldwell, NJ 07006 (effective May 1, 2025)

The Clerk of Court is respectfully directed to update Mr. Goldstein's contact information on the docket and to send him the Court's order at ECF No. 33.

Dated: November 10, 2025
       New York, New York

                                        SO ORDERED.

*Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge

| | |
|---|---|
| **From:** | Ari Goldstein |
| **To:** | Pro Se Filing; Pro Se Filing; Clarke NYSD Chambers |
| **Cc:** | Douglas Lipsky |
| **Subject:** | Case NO.: 7:25-cv-1604-JGLC Faller v. Breezy Point Energy Corp. and Ari Goldstein |
| **Date:** | Friday, November 7, 2025 1:20:42 PM |

**CAUTION - EXTERNAL:**

Dear Pro Se Department / Chambers Clerk / Judge Clarke,

I hope this message finds you well. I am writing respectfully to ask for guidance and assistance in my ongoing case, *Faller v. Breezy Point Energy Corp. and Ari Goldstein*, before Judge Clarke.

I have not yet received any response to my prior email earlier this week, and I have not heard from any of the legal aid or pro se resources I was referred to. At this time, I am unsure when I am expected to meet with the mediator, appear before the Court, or how to properly represent myself and protect Breezy Point Energy without legal counsel.

My former attorney withdrew from the case because I could no longer afford his fees. Since then, I have not received any direct communication from the Court or opposing counsel, possibly due to a change in my mailing address. My current contact information is as follows:

**Email:** ari@breezypointenergy.com
**Mailing Address:** 56 Grandview Place, North Caldwell, NJ 07006 (effective May 1, 2025)

I sincerely apologize if I am not following the correct procedure or protocol, I am doing my best to navigate this process in good faith, but I do not know where else to turn for help or direction.

Any guidance you can provide would be greatly appreciated.

With respect and gratitude,
**Ari Goldstein**
Breezy Point Energy Corp.
56 Grandview Place
North Caldwell, NJ 07006
ari@breezypointenergy.com
917-685-7846

Ari Goldstein
CEO

917-685-7846

ari@breezypointenergy.com

www.breezypointenergy.com

---

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by replying to this email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.