UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEL FALLER,<br><br>               Plaintiff,<br><br>             -against-<br><br>BREEZY POINT ENERGY CORP. and ARI<br>GOLDSTEIN, jointly and severally,<br><br>               Defendants. | 25-CV-1604 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court today held a case management conference with counsel for Plaintiff Noel

Faller and with Defendant Ari Goldstein, who appeared *pro se*. As discussed at the conference,

the Court will refer this case to Magistrate Judge Judith C. McCarthy for settlement in a separate

order. Should settlement be unsuccessful, Plaintiff is DIRECTED to file a letter with the Court

one week after the settlement conference. To allow the parties to focus on settlement, the Clerk

of Court is directed to STAY the case.

Dated:  December 17, 2025
         New York, New York

                                 SO ORDERED.

                                 *Jessica Clarke*

                                 JESSICA G. L. CLARKE
                                 United States District Judge