UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL FALLER,

                    Plaintiff,

          -against-

BREEZY POINT ENERGY CORP. and ARI
GOLDSTEIN, jointly and severally,

                    Defendants.

25-CV-1604 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Defendant Ari Goldstein, who is proceeding pro se, has informed the Court that he has changed addresses. His new address is:

Ari Goldstein
P.O. Box 322
Verona, NJ 07044

The Clerk of Court is respectfully directed to update Defendant Goldstein's address on the docket. The Clerk of Court is further directed to UNSTAY the case.

Dated:  April 10, 2026
        New York, New York

                              SO ORDERED.

                              JESSICA G. L. CLARKE
                              United States District Judge